# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) PAULA F. ALBERT, et al. **06-223 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 81(d)] Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box:

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Telecopier Numbers: (202) 296-1798 (202) 296-7220 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9697 for admission papers and instructions.

Nature of suit code: 3 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A R

**See attached Sheet for thee digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this case is related to any pending or previous case your are **required** to file a separate notice of related case(s). See RCFC 77(f)(2) (General order No. 36)

8/4/95

ALPHABETIZED, NUMBERED LISTING OF PLAINTIFFS

1. PAULA F. ALBERT
2. BARBARA K. DOBRIC
3. KELLY M. MONTIEL
4. LEWIS THOMAS, JR.
5. VIOLETA WILLMOTT