# In the United States Court of Federal Claims

No. 06-223 C

(Filed August 3, 2006)

| | |
|---|---|
| PAUL F. ALBERT, et. al., | * |
| *Plaintiffs*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |

## SCHEDULING ORDER

On July 14, 2006, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR) The parties state that settlement negotiations are continuous on plaintiffs' claims involving overtime pay and the government hopes to forward its response to plaintiffs' proposed settlement agreement by August 31, 2006. However, if an agreement is not reached by August 31, 2006, plaintiffs' seek permission from the court to file a dispositive motion.[1] Also, the parties propose that home-to-work driving issues and further proceedings relating to damages be deferred pending resolution of *Adams v. United States, No. 90-162C*. The court is amenable to granting the parties the time requested to settle this case. If no settlement is achieved plaintiffs may file their dispositive motion.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiffs' Dispositive Motion shall be filed on or before

---

[1]/ In the event that the parties determine that they are close to a resolution of plaintiffs' overtime pay claims, but are unable to finalize settlement by August 31, 2006, the court will entertain a request for additional time.

**September 29, 2006**; and

(2) Further proceedings relating to work-home driving issues and damages shall be **DEFERRED** pending the resolution of *Adams v. United States, No. 90-162C*.

s/Lynn J. Bush
LYNN J. BUSH
Judge