IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALAN M. EVANS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-183C<br>(Judge Lynn J. Bush) |
| PAULA F. ALBERT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-223C<br>(Judge Lynn J. Bush) |
| ROBERTA GORALCZYK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-283C<br>(Judge Lynn J. Bush) |

**PLAINTIFFS' MOTION FOR ENLARGEMENT**
**OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiffs hereby request an enlargement of time to file their dispositive motions in the above-captioned cases from September 29, 2006 to February 6, 2007. Plaintiffs are currently scheduled to file dispositive motions on September 29, 2006 for plaintiffs who occupy or who have occupied the position of diversion investigator at the Drug Enforcement Administration. Because it now appears likely that the parties will be able to resolve the claims of these plaintiffs by

settlement, plaintiffs request an enlargement of time until February 6, 2007 to file their dispositive motions in these cases. Defendant's counsel has authorized plaintiffs' counsel to represent that he has no objection to the granting of the instant request.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

Attorneys for Plaintiffs

Dated: September 28, 2006

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 28th day of September 2006, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein